UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTINA COMPTON and MONTE MOORE, Individually and for Others Similarly Situated,<br><br>v.<br><br>WORK MANAGEMENT, INC. and HIGH BRIDGE ASSOCIATES, INC. | Case No. 4:19-cv-04789<br><br>Collective Action Pursuant To 29 U.S.C. § 216(b) |

## ORDER APPROVING SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE

Before the Court is the Unopposed Motion for Approval of Settlement and Dismissal of Lawsuit with Prejudice. The Court has reviewed the terms of the Confidential Settlement Agreement ("Settlement Agreement"), the pleadings in this case, and the issues presented herein and: (1) approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute, including all of the terms and conditions set forth in the Settlement Agreement, which was attached as Exhibit 1 to Plaintiff's Motion and filed under seal; (2) orders the Parties to implement and complete the settlement process described in the Settlement Agreement; (3) finds good cause exists for filing the Parties' proposed Settlement Agreement under seal; and (4) dismisses the above-captioned Action and all claims with prejudice in accordance with the Parties' Settlement Agreement.

Each Party shall bear his or its own costs and fees, except to the extent otherwise provided for in the Parties' Agreement.

ORDERED this 9th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE